**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BEYE, et al., : | |
| : | |
| Plaintiffs, : | Civil Case No. 06-5337 (FSH) |
| : | |
| v. : | **OPINION and ORDER** |
| : | |
| HORIZON BLUE CROSS BLUE SHIELD OF : | Date: March 13, 2008 |
| NEW JERSEY, INC., : | |
| : | |
| Defendant. : | |

**HOCHBERG, District Judge**

This matter coming before the Court upon Defendant Magellan's letter to the Court, submitted on March 11, 2008 and entered as docket number 145; and

it appearing that this letter was previously entered as docket 107 and was re-filed in error;

**ACCORDINGLY IT IS** on this 13th day of March, 2008

**ORDERED** that the docket clerk shall delete docket number 145 to avoid confusion.

/s/ Faith S. Hochberg
**HON. FAITH S. HOCHBERG, U.S.D.J.**